**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BILLY KNIGHT,**

          **Plaintiff,**

**-vs-**                                     **Case No. 6:04-cv-569-Orl-KRS**

**JO ANNE B. BARNHART, COMMISSION**
**OF SOCIAL SECURITY,**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 19)**
>
> **FILED:**  **December 22, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Billy Knight, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on September 23, 2005. (Doc. No. 18). An award of fees and expenses is, therefore, ripe for consideration.

Knight's attorney, Juan C. Gautier, Esq., seeks $2,474.44 in attorney's fees for 16.30 hours of work. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated

under the statute, which courts may adjust upward based on changes in the Consumer Price Index. 28 U.S.C. § 2412(d)(2)(A). Mr. Gautier submits that the adjusted hourly rate for work performed in 2004 should be $151.65, for 14.55 hours of work, and $153.10, for 1.75 hours of work. (Doc. No. 21). These hourly rates are consistent with those previously approved by this Court. *See, e.g.*, *Allemand v. Comm'r*, No. 6:03-cv-1468-Orl-KRS, Doc. No. 28 (M.D. Fla. June 14, 2005). The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Knight, I find that the fees requested are appropriate in the absence of objection.

Knight also seeks reimbursement for $32.25 in expenses. The Commissioner does not oppose these expenses. Because there is no objection to these expenses I find that the expenses were necessarily incurred as part of the litigation.

It is, therefore, **ORDERED** that Knight is awarded $2,474.44 in attorney's fees and $32.25 in expenses.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties